**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OUYEINC LTD., | |
| Plaintiff, | Case No. 20 cv 3490 |
| v. | |
| Alucy and et al., | |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Ouyeinc Ltd. ("Ouyeinc" or "Plaintiff") hereby dismisses this action with prejudice pursuant to settlement as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| 2011io000oi | 88 |
| Xcellent Global | 73 |
| Kids Partner | 44 |
| DDLBiz | 25 |

**This matter remains pending against all other Defendants.**

DATED July 29, 2020

Respectfully submitted,

/s/ James A. Karamanis
James A. Karamanis (ARDC# 6203479)
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Ste 3050

Chicago, IL 60601
Tel.: 312/553-5300
James@bkchicagolaw.com
*ATTORNEY FOR PLAINTIFF Ouyeinc Ltd.*