IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OUYEINC LTD.,<br><br>     Plaintiff,<br><br>v.<br><br>Alucy and et al.,<br><br>     Defendants. | Case No. 20 cv 3490 |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Ouyeinc Ltd. ("Ouyeinc" or "Plaintiff") hereby dismisses this action with prejudice pursuant to settlement as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| epadronics | 222 |
| simply_best_deal | 580 |
| Alucy | 2 |
| Duevin | 28 |
| Yotown | 77 |
| Dream-faster | 27 |
| Regisbelle | 59 |
| Ochun | 52 |
| JINGOU-tech | 41 |

| | |
|:---:|:---:|
| Elevin09 | 31 |
| Codiak | 22 |
| Joyaria | 42 |
| Salmue | 64 |
| Cusco | 24 |

DATED August 13, 2020　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ James A. Karamanis
　　　　　　　　　　　　　　　　　　　　James A. Karamanis
　　　　　　　　　　　　　　　　　　　　Barney & Karamanis, LLP
　　　　　　　　　　　　　　　　　　　　Two Prudential Plaza
　　　　　　　　　　　　　　　　　　　　180 N. Stetson, Ste 3050
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60601
　　　　　　　　　　　　　　　　　　　　Tel.: 312/553-5300
　　　　　　　　　　　　　　　　　　　　Attorney No. 6203479
　　　　　　　　　　　　　　　　　　　　James@bkchicagolaw.com

　　　　　　　　　　　　　　　　　　　　*ATTORNEY FOR PLAINTIFF Ouyeinc Ltd.*