# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OUYEINC LTD., <br><br> Plaintiff, <br><br> v. <br><br> Alucy and et al., <br><br> Defendants. | Case No. 20 cv 3490 |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST ALL DEFENDANTS IDENTIFIED IN THE ATTACHED SCHEDULE A, WITH THE EXCEPTION OF CERTAIN DEFENDANTS**

NOW COMES Plaintiff Ouyeinc Ltd. ("Plaintiff"), by its counsels, Barney & Karamanis, LLP, and hereby moves this Honorable Court to enter Default and Default Judgment against the defendants identified in the attached Schedule A. In support of this Motion, Plaintiff submits the accompanying Memorandum.

DATED October 1, 2020

Respectfully submitted,

/s/ James A. Karamanis
James A. Karamanis
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Ste 3050
Chicago, IL 60601
Tel.: 312/553-5300
Attorney No. 6203479
James@bkchicagolaw.com

*ATTORNEY FOR PLAINTIFF Ouyeinc Ltd.*