**Ouyeinc Ltd. v. Individuals, Partnerships, and Unincorporated Associations on Schedule "A" – Motion for Default 10/01/2020**
**Case No. 20-cv-3490**

## Schedule A

| No. | Defendant Name / Alias | Defendant Marketplace URL |
|---|---|---|
| 1 | Intentionally Omitted | N/A |
| 2 | Intentionally Omitted | N/A |
| 3 | AnHua | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1NLNA03V60ZAC&tab=&vasStoreID= |
| 4 | Intentionally Omitted | N/A |
| 5 | Intentionally Omitted | N/A |
| 6 | Intentionally Omitted | N/A |
| 7 | Intentionally Omitted | N/A |
| 8 | Intentionally Omitted | N/A |
| 9 | Intentionally Omitted | N/A |
| 10 | Intentionally Omitted | N/A |
| 11 | Intentionally Omitted | N/A |
| 12 | Intentionally Omitted | N/A |
| 13 | Intentionally Omitted | N/A |
| 14 | Intentionally Omitted | N/A |
| 15 | Intentionally Omitted | N/A |
| 16 | Intentionally Omitted | N/A |
| 17 | Intentionally Omitted | N/A |
| 18 | Intentionally Omitted | N/A |
| 19 | Intentionally Omitted | N/A |
| 20 | Intentionally Omitted | N/A |
| 21 | Intentionally Omitted | N/A |
| 22 | Intentionally Omitted | N/A |
| 23 | Intentionally Omitted | N/A |
| 24 | Intentionally Omitted | N/A |
| 25 | Intentionally Omitted | N/A |
| 26 | DM&AE | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=ALHCH589DVU6F&tab=&vasStoreID= |

| 27 | Intentionally Omitted | N/A |
|---|---|---|
| 28 | Intentionally Omitted | N/A |
| 29 | Intentionally Omitted | N/A |
| 30 | Intentionally Omitted | N/A |
| 31 | Intentionally Omitted | N/A |
| 32 | Intentionally Omitted | N/A |
| 33 | Forart | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A3P5M4LZMRGOCY&tab=&vasStoreID= |
| 34 | Intentionally Omitted | N/A |
| 35 | Intentionally Omitted | N/A |
| 36 | Intentionally Omitted | N/A |
| 37 | Intentionally Omitted | N/A |
| 38 | ifanze | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A3L8U1TLFTW7KH&tab=&vasStoreID= |
| 39 | Intentionally Omitted | N/A |
| 40 | isunshine | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A3IR4Q1PYGVTV9&tab=&vasStoreID= |
| 41 | Intentionally Omitted | N/A |
| 42 | Intentionally Omitted | N/A |
| 43 | Intentionally Omitted | N/A |
| 44 | Intentionally Omitted | N/A |
| 45 | Intentionally Omitted | N/A |
| 46 | LIDDYGO | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1MK4FYEPQYZKH&tab=&vasStoreID= |
| 47 | LOMONER | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1RQA037JN0PBY&tab=&vasStoreID= |
| 48 | Intentionally Omitted | N/A |
| 49 | Intentionally Omitted | N/A |
| 50 | Intentionally Omitted | N/A |
| 51 | Intentionally Omitted | N/A |

| 52 | Intentionally Omitted | N/A |
|---|---|---|
| 53 | Intentionally Omitted | N/A |
| 54 | Intentionally Omitted | N/A |
| 55 | Intentionally Omitted | N/A |
| 56 | Putars Store | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1C70DMHMA0V6V&tab=&vasStoreID= |
| 57 | Quark Store | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A3GJKB9S026U3C&tab=&vasStoreID= |
| 58 | Intentionally Omitted | N/A |
| 59 | Intentionally Omitted | N/A |
| 60 | Intentionally Omitted | N/A |
| 61 | Intentionally Omitted | N/A |
| 62 | Intentionally Omitted | N/A |
| 63 | Intentionally Omitted | N/A |
| 64 | Intentionally Omitted | N/A |
| 65 | Intentionally Omitted | N/A |
| 66 | Intentionally Omitted | N/A |
| 67 | Intentionally Omitted | N/A |
| 68 | Intentionally Omitted | N/A |
| 69 | Intentionally Omitted | N/A |
| 70 | udoocollect | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A1MVSOOAXW3Y1S&tab=&vasStoreID= |
| 71 | Intentionally Omitted | N/A |
| 72 | WuyiMC | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=A3HE9IKEU4SXF6&tab=&vasStoreID= |
| 73 | Intentionally Omitted | N/A |
| 74 | Intentionally Omitted | N/A |
| 75 | Intentionally Omitted | N/A |

| | | |
|---|---|---|
| 76 | YockTec US | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=AE9PHK17ZR1LW&tab=&vasStoreID= |
| 77 | Intentionally Omitted | N/A |
| 78 | Intentionally Omitted | N/A |
| 79 | Intentionally Omitted | N/A |
| 80 | Intentionally Omitted | N/A |
| 81 | ZYDS | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&seller=AUTM5LTDZ2NWK&tab=&vasStoreID= |
| | 0 | 0 |