# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ouyeinc Ltd., et al.

Plaintiff,

v.

Case No.: 1:20−cv−03490

Honorable Robert W. Gettleman

Individuals, Partnerships, and Unincorporated Associations on Schedule "A", et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 16, 2020:

MINUTE entry before the Honorable Robert W. Gettleman: Telephonic status and motion hearing held on 10/16/2020. Plaintiff's motion for entry of default and default judgment against all defendants identified in the attached Schedule A with the exception of certain defendants [66] is granted. Enter order. Request to accept appearance of Yang Gao [68] is granted. Telephonic status hearing set for 11/24/2020 at 9:30 a.m. The call−in number is (888) 684−8852 and the access code is 1503395. Plaintiff is directed to email a brief status report to the courtroom deputy by 11/19/2020. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.