# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Ouyeinc Ltd., | ) |
| Plaintiff, | ) Case No.: 1:20-cv-03490 |
| v. | ) |
| | ) Hon. Judge Robert W. Gettleman |
| Individuals, Partnerships, and Unincorporated Associations on Schedule "A", | ) |
| | ) Hon. Mag. Maria Valdez |
| Defendants. | ) |

## Unopposed Motion for Extension of Time

**NOW COMES** Defendant AnHua ("Defendant"), by and through its undersigned counsel, and hereby moves this Court to extend the time to file a response to the Amended Complaint. In support of their motion, Defendant states as follows:

1. Plaintiff filed its Amended Complaint on June 16, 2020. [Dkt. 7].

2. Defendant was ostensibly served with process on October 2, 2020. [Dkt. 86].

3. Defendant has been substantively involved in settlement negotiations with Plaintiff.

4. Defendant needs a short additional time to settle, or exhaust the prospect thereof and respond to Plaintiff's Amended Complaint.

5. This Court may, for good cause, extend the time by which Defendant's response is due after the time has expired if Defendant failed to act because of excusable neglect. Fed. R. Civ. P. 6(b)(1)(B).

6. Defendant respectfully requests this Court extend the date on which Defendant is to have filed response(s) to Plaintiff's Amended Complaint, if ultimately necessary, to December 9, 2020.

7. This Motion has been filed in good faith and is not interposed for purposes of delay.

8. This is the first motion for an extension of time filed by Defendant.

9. Plaintiff has not yet indicated whether it would or would not oppose Defendant's requested extension.

**WHEREFORE**, for the foregoing reasons, Defendant respectfully requests that this Honorable Court enter an Order:

a) Extending the date on which Defendant's response(s) to Plaintiff's Amended Complaint are due to December 9, 2020.

Dated: November 24, 2020

/s/ Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
564 W. Randolph St. 2nd Floor
Chicago, IL 60661
adamu@au-llc.com
Ph: (312) 715-7312
Fax: (312) 646-2501

*Attorney for Defendant*

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing **Unopposed Motion for Extension of Time** is being served in accordance with the Federal Rules of Civil Procedure and Local Rules via ECF on this November 24, 2020, to the following attorneys of record:

James A. Karamanis
Barney & Karamanis, LLP
180 N. Stetson Ave.
Suite 3050
Two Prudential Plaza
Chicago, IL 60601
312-553-5300
james@bkchicagolaw.com

Kenneth A. Nazarian
Barney & Karamanis LLP
180 N. Stetson Ave. Ste. 3050
Chicago, IL 60601
(312) 553-5300
ken@bkchicagolaw.com

Xingjian Zhao
Diaz, Reus & Targ, LLP
100 S.E. 2nd Street
Suite 3400
Miami, FL 33131
(305) 375-9220
xzhao@diazreus.com

Danielle Sylvia McKinley
RM Partners Law LLC
305 N. Peoria Street
Suite 200
Chicago, IL 60607
(312) 251-2292
dmckinley@rmpartnerslaw.com

Frank A Mazzeo
Ryder, Mazzeo & Konieczny LLC
808 Bethlehem Pike
Suite 200
Calmar, PA 18915
215-997-0248
fmazzeo@rmkiplaw.com

Timothy Tiewei Wang
Ni, Wang & Massand Pllc
8140 Walnut Hill Lane
Suite 500
Dallas, TX 75231
(972) 331-4603
twang@nilawfirm.com

Larry Ford Banister, II
The Law Office of L. Ford Banister, II
PO Box 3514 PMB 23332
New York, NY 10008
United Sta
(212) 574-8017
ford@fordbanister.com

Charles Edward McElvenny
Law Offices of Charles E. McElvenny
120 N LaSalle St
Suite 1200
Chicago, IL 60602
312 291 8330
charlie@cemlawfirm.com

    /s/Adam E. Urbanczyk
By: Adam E. Urbanczyk
Au LLC
564 W. Randolph St. 2nd Fl.
Chicago, IL 60661
adamu@au-llc.com
(312) 715-7312