UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Ouyeinc Ltd., et al.

                                                  Plaintiff,

v.                                                   Case No.: 1:20−cv−03490

                                                  Honorable Robert W. Gettleman

Individuals, Partnerships, and Unincorporated Associations on Schedule "A", et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 24, 2020:

      MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing held on 11/24/2020. As defined on the record, Plaintiff's motion for entry of default and default judgment against all defendants identified in the attached schedule A, with the exception of certain defendants [87] is granted. Plaintiff's counsel is directed to submit an amended Schedule along with a proposed order to the court's courtroom deputy. Telephonic status hearing set for 1/14/2020 at 9:30 a.m. Defendants motions for extension of time [89][95] and [97] are entered and continued to the 1/14/2020 hearing. The call−in number is (888) 684−8852 and the access code is 1503395. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.