IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OUYEINC LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>Alucy and et al.,<br><br>    Defendants. | Case No. 20 cv 3490 |

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Ouyeinc Ltd. ("Ouyeinc" or "Plaintiff") hereby dismisses this action with prejudice pursuant to settlement as to the following Defendants:

| Defendant Name | Line No. |
|:---:|:---:|
| wuyishang99 | 521 |
| bestoffer365 | 140 |
| shop2009mb | 445 |
| nychen-35 | 388 |
| Nyliyan | 389 |
| tabletexpress_uk | 474 |
| bythechance_1 | 165 |
| Valuefashionstore | 505 |
| toys-kids | 489 |

| | |
|---|---|
| Eshoppingstar75 | 225 |
| Broadchoosen | 158 |
| Bestinthebox | 135 |
| eg-motor | 218 |
| Fulcat | 244 |
| Morriscarcam | 368 |
| shift-star | 443 |
| Smafay | 452 |
| uncledavid2010 | 493 |
| chuengleo2010 | 175 |
| Smartbizpro | 551 |
| Floureondeal | 238 |
| homehub_supplies | 287 |
| mei_ebuy | 358 |
| LIDDYGO | 46 |

DATED December 2, 2020

Respectfully submitted,

/s/ Kenneth A. Nazarian
James A. Karamanis
Barney & Karamanis, LLP
Two Prudential Plaza
180 N. Stetson, Ste 3050
Chicago, IL 60601
Tel.: 312/553-5300
Attorney No. 6309765
James@bkchicagolaw.com
Ken@bkchicagolaw.com

*ATTORNEY FOR PLAINTIFF Ouyeinc Ltd.*