**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| OUYEINC LTD., <br><br> Plaintiff, <br><br> v. <br><br> Alucy and et al., <br><br> Defendants. | Case No. 20 cv 3490 |

**MOTION TO ALTER OR AMEND JUDGMENT
FROM COURT'S ORDER ON MAY 14, 2021**

NOW COMES Plaintiff, Ouyeinc Ltd., by and through its attorneys, Barney & Karamanis, LLP, and respectfully moves this Honorable Court to reconsider, amend, and/or alter its Order of May 14, 2021, pursuant to Federal Rule of Civil Procedure 59(e).

**ARGUMENT**

1. On May 14, 2021, this Court entered its memorandum opinion & order ruling on Defendant's Motion to Set Aside the Default Order. [Dkt# 134].

2. This Court denied the motion to set aside on basis of improper service, but granted the motion by reasoning that it lacked personal jurisdiction over the Defendants, Hailitech and Hxl_tech, thereby dismissing them from the suit. [Dkt# 133].

3. In light of this order, Plaintiff now moves this Court to reconsider its ruling to dismiss these Defendants.

4. New facts have come to light that definitively show that these Defendants have sufficient minimum contacts within Illinois, and that this Court holds personal jurisdiction over

those Defendants.

5. Plaintiff further believes that this Court's ruling was in error when it did not account for the procedural basis for the Defendants' motion, which only requested to set aside the judgment.

6. Additionally, Plaintiff argues that the Court did not account for all relevant facts surrounding the action.

7. As a result, Plaintiff respectfully requests that this Court amend and/or alter its ruling to dismiss Defendants Hailitech and Hxl_tech from the suit and to reinstate them as defendants to this action pursuant to Rule 59(e).

8. Plaintiff has attached its memorandum of law in support of this Motion to Alter and Amend along with the corresponding exhibits, which Plaintiff fully incorporates herein.

## CONCLUSION

9. For the aforementioned reasons and argument, Plaintiff respectfully requests that this Honorable Court reconsider its May 14, 2021, ruling, and to revise that order to reinstate the Defendants Hailitech and Hxl_tech, find that this Court has personal jurisdiction over Defendants, or in the alternative permit jurisdictional discovery, evidentiary hearings, or grant other relief for Plaintiff as this Court deems just and proper.

Dated: May 24, 2021

Respectfully submitted,

/s/ Kenneth A. Nazarian
James A. Karamanis (Atty No. 6203479)
Kenneth A. Nazarian (Atty No. 6309765)
Trevor R. Jenkins (Atty No. 6329867)
Barney & Karamanis, LLP

                                          180 N. Stetson, Ste 3050
                                          Chicago, IL 60601
                                          Tel.: 312/553-5300
                                          James@bkchicagolaw.com
                                          ken@bkchicagolaw.com
                                          trevor@bkchicagolaw.com

                                          *ATTORNEY FOR PLAINTIFF Ouyeinc Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021 a copy of the foregoing *Motion to Alter or Amend Judgment from Court's Order on May 14, 2021* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. Under penalties of perjury, I certify that the above statements set forth herein are true and correct.

Respectfully submitted,

/s/ Kenneth A. Nazarian_____
*Counsel for Plaintiff*

Barney & Karamanis, LLP
180 N. Stetson, Ste 3050
Chicago, IL 60601
Tel.: 312/553-5300
James@bkchicagolaw.com
ken@bkchicagolaw.com
trevor@bkchicagolaw.com